IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MATTHEW J. DONLIN,**

      **Plaintiff,**

**vs.**                                                           Civ. No.  17-395 JCH/JHR

**PETCO ANIMAL SUPPLIES STORES, INC.**
**A Foreign Profit Corporation,**

      **Defendant.**

**ORDER**

      This employment case is before the Court on Defendant's *Opposed Motion to Continue Trial Setting* [Doc. 68]. The Court concludes that good cause exists to grant the motion, as the Court has not yet ruled on the Defendant's motion for summary judgment. The trial will be reset for a later time.

      **IT IS THEREFORE ORDERED** that Defendant's *Opposed Motion to Continue Trial Setting* [Doc. 68] is **GRANTED**.

_____
**UNITED STATES DISTRICT JUDGE**